David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**HYDE & SWIGART**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:   (602) 230-4482

Joseph A. Velez, Esq. (SBN: 016059)
**LAW OFFICE OF JOSEPH A. VELEZ**
7272 E. Indian School Rd., Ste. 111
Scottsdale, AZ 85251
Telephone:   (480) 710-5079
Facsimile:   (480) 945-0553

*Attorneys for Plaintiff,*
James D. Valenzano, Sr.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James D. Valenzano, Sr.,<br><br>           Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing,<br><br>           Defendants. | **Case No.: 2:16-CV-01571-DJH**<br><br><br>**NOTICE OF SETTLEMENT** |

//

//

//

//

//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing the Stipulation to Dismiss this action with prejudice, and with each party bearing their own attorney's fees and costs, within 45 days. Plaintiff requests that all pending dates and filing requirements be vacated, and that the Court set a deadline on or after February 10, 2017, for filing a Request for Dismissal.

Respectfully submitted,

Date:  December 27, 2016               **HYDE & SWIGART**

By:  s/ David J. McGlothlin
David J. McGlothlin
*Attorneys for Plaintiff*