# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James D. Valenzano, Sr., | No. CV-16-01571-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, | |
| Defendant. | |

This matter is before the Court on the Stipulation for Dismissal of Defendant Experian Information Solutions, Inc. with Prejudice (Doc 21).

Accordingly,

**IT IS ORDERED** that the Stipulation (Doc. 21) is **GRANTED** and that this action is **DISMISSED** as to Defendant Experian Information Solutions, Inc., **with prejudice**, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 17th day of February, 2017.

Honorable Diane J. Humetewa
United States District Judge